# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146824(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                  SC: 146824

v                                    COA: 302132

                                  Wayne CC: 06-008265-FH

CARL JESSE HOUGH,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to defendant-appellant's application for leave to appeal is GRANTED. The answer will be accepted as timely filed if it is filed on or before January 8, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      November 6, 2013                       

                                             Clerk